(No. 6276

UNITED TRAVEL SERVICE, INC., Claimant, *vs.* STATE OF ILLINOIS, VARIOUS AGENCIES, Respondent.

*Opinion filed October 10, 1972.*

UNITED TRAVEL SERVICE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.